UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

UNITED STATES OF AMERICA,

-v-

VITO HASKINS,

Defendant.

---------------------------------------X

S1 25cr484-8(DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a change of plea is scheduled for **July 16, 2026 at 2:30 PM** in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated: New York, New York
July 10, 2026

DENISE COTE
United States District Judge